UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re KENNETH GIBBS,

    Plaintiff,

Case No. 15-cv-1919-TEH

ORDER OF TRANSFER

Plaintiff, a state prisoner currently incarcerated at California State Prison - Los Angeles ("CSP-LA"), wrote a letter to the Court regarding prison conditions. In an effort to protect his rights, it was filed as a new case. Plaintiff has submitted an additional filing with the Court and the substance of his claims involve his transfer from Folsom Prison to CSP-LA and his later treatment at CSP-LA. Folsom Prison lies in the Eastern District of California and CSP-LA lies in the Central District of California. The majority of Plaintiff's claims involve CSP-LA and none of the subject matter occurred in this district.

Thus, the events or omissions giving rise to Plaintiff's claims occurred in the Central District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Central District. *See* 28 U.S.C. § 1391(b).

     Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is transferred to the United States District Court for the Central District of California.

     The Clerk shall transfer this matter, terminate all pending motions as moot and close the file.

     IT IS SO ORDERED.

Dated: 06/25/2015

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.15\Gibbs1919.trn.docx

United States District Court
Northern District of California